**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION**

In the Matter of:

| | | |
|---|---|---|
| Richard A. Dickerson | } | **Case No: 18-02572-TOM13** |
| SSN: XXX-XX-0443 | } | |
| DEBTOR(S). | } | |
| | } | |
| | } | |

**ORDER CONDITIONALLY DENYING**

This matter came before the Court on Thursday, May 30, 2019 10:00 AM, for a hearing on the following:

RE: Doc #51; Motion for Relief from Stay and Co-Debtor Stay filed by Amanda Beckett, Attorney for U.S. Bank Trust National Association

Proper notice of the hearing was given and appearances were made by the following:

Bradford W. Caraway (Trustee)
William Gregory Biddle, attorney for Richard A. Dickerson (Debtor)
Michael Harrison, attorney for US Bank
Richard Dickerson

**It is therefore ORDERED, ADJUDGED and DECREED that:**

Based on arguments of counsel, pleadings, judicial notice of the Trustee's interim statement, and equity in the property, the Motion for Relief from Stay is Denied Conditioned upon the Debtor resuming regular monthly mortgage payments beginning with the June 1, 2019 payment. The Movant has leave to file a claim for the arrearage balance including fees and costs. In the event of future default, the Movant may file a pleading to renew its motion and a hearing will be scheduled by subsequent notice.

Dated: 05/30/2019

/s/ TAMARA O. MITCHELL
TAMARA O. MITCHELL
United States Bankruptcy Judge